Eric F. Leon (EL-5780)
Laura B. Kadetsky (LK-8039)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| APLUS HOLDINGS INC., <br><br> *Plaintiff*, <br><br> - against - <br><br> IVAN VACHOVSKY and LILIAN VACHOVSKY, <br><br> *Defendants*. | Case No.: 08 CV 2760 (MGC)(DFE) <br><br> ECF Case <br><br> **RULE 7.1 STATEMENT** |

## DISCLOSURE STATEMENT OF APLUS HOLDINGS INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for APLUS Holdings Inc. (a nongovernmental corporate party) makes the following disclosure statement:

I. **PARENT CORPORATIONS:**

        Catalyst Investors QP II, L.P.

        Catalyst Investors II, L.P.

II. **PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK:**

        None.

Dated: March 14, 2008
New York, New York

/s/ Eric F. Leon
Eric F. Leon (EL-5780)
Laura B. Kadetsky (LK-8039)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

*Attorneys for Plaintiff*