```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APLUS HOLDINGS INC.

                Plaintiff,

- against -

IVAN VACHOVSKY and
LILIAN VACHOVSKY,

                Defendants.

08cv2760(MGC) (DFE)

**STIPULATION**
**EXTENDING TIME**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, as follows:

      1.      Defendants' Answer to the Complaint is currently due on April 8, 2008. No previous requests for extension of time have previously been submitted to the Court.

      2.      The time for Defendants to answer, move or otherwise respond to the Complaint is hereby extended to and including April 25, 2008.

      3.      A facsimile copy of this Stipulation of Adjournment, including facsimile signatures of the undersigned counsel for the parties, shall have the same force and effect as the original.

Dated: April 3, 2008
       New York, New York

KIRKLAND & ELLIS LLP
By: _____
Eric Leon (EL-5780)
Laura Kadetsky (LK-8039)
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Tel: 212-446-4800
Fax: 212-446-4900

Counsel for Plaintiff

MARKOWITZ & CHATTORAJ LLP
By: _____
Alon Markowitz (AM-0111)
Partha Chattoraj (PC-1235)
271 Madison Avenue, 20th Floor
New York, New York 10016
Tel: 212-481-1220
Fax: 212-481-1221

Counsel for Defendants

SO ORDERED. April 8, 2008

s/

By: _____
U.S.D.J.