UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| APLUS HOLDINGS INC., | | |
| | Plaintiff-Counterclaim Defendant, | 08cv2760(MGC)(DFE) |
| - against - | | **NOTICE OF APPEARANCE** |
| IVAN VACHOVSKY and LILIAN VACHOVSKY, | | |
| | Defendants-Counterclaim Plaintiffs. | **ELECTRONICALLY FILED** |

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled action as counsel for Defendants-Counterclaim Plaintiffs, and requests that copies of all papers in this action be served upon the undersigned at the address stated below.

Dated: May 2, 2008
New York, New York

MARKOWITZ & CHATTORAJ LLP

 s/ Alon M. Markowitz
    Alon M. Markowitz (AM0111)

271 Madison Ave., 20th Floor
New York, NY 10016
Tel: 212-481-1220
Fax: 212-481-1221
Email: amarkowitz@mclawllp.com

Attorneys for Defendants-Counterclaim Plaintiffs
Ivan Vachovsky and Lilian Vachovsky