UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APLUS HOLDINGS INC.,<br><br>   *Plaintiff-Counterclaim Defendant*,<br><br>- against -<br><br>IVAN VACHOVSKY and LILIAN VACHOVSKY,<br><br>   *Defendants-Counterclaim Plaintiffs.* | Case No.: 08-cv-2760(MGC)(DFE)<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff and Counterclaim Defendant APLUS HOLDINGS INC.

I certify that I am admitted to practice in this court.


Dated:  August 20, 2008

 s/ Mindy M. Yu

Mindy M. Yu (MY-2881)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorney for Plaintiff and Counterclaim Defendant*