UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APLUS HOLDINGS INC.,<br><br>*Plaintiff and Counter-Claim Defendant,*<br><br>- against -<br><br>IVAN VACHOVSKY and LILIAN VACHOVSKY,<br><br>*Defendants and Counterclaim Plaintiffs.* | Case No.:     08 CV 2760 (MGC)(DFE)<br><br>ECF Case<br><br>**RULE 7.1 STATEMENT** |

## DISCLOSURE STATEMENT OF APLUS HOLDINGS INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for APLUS Holdings Inc. (a nongovernmental corporate party) makes the following disclosure statement:

**I. PARENT CORPORATIONS:**

      Catalyst Investors QP II, L.P.

      Catalyst Investors II, L.P.

**II. PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK:**

      None.

Dated: August 28, 2008  
       New York, New York

*[signature]*

Eric F. Leon (EL-5780)  
Mindy M. Yu (MY-2881)  
KIRKLAND & ELLIS LLP  
Citigroup Center  
153 East 53rd Street  
New York, New York 10022-4611  
Telephone:   (212) 446-4800  
Facsimile:    (212) 446-4900

*Attorneys for Plaintiff and Counterclaim Defendant*